UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Dupras, Elizabeth N. & John M.

Case No.: 16-34600
Chapter: 7
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

__Daniel E. Straffi__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __July 18, 2017__ at __11:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 103 Mountain Ave.
Somerville, NJ
FMV - +/-$320,000.00

Liens on property: M & T Bank - $313,146.08

Plus 10% Estimated Costs of Sale

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: Daniel E. Straffi, Esq.
Address: 670 Commons Way Toms River, NJ 08755
Telephone No.: 732-341-3800

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-34600-KCF
Elizabeth N Dupras                                                      Chapter 7
John M Dupras
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 2            Date Rcvd: May 30, 2017
                              Form ID: pdf905           Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2017.
db/jdb         +Elizabeth N Dupras,    John M Dupras,    103 Mountain Ave,    Somerville, NJ 08876-1405
516571443      +Affiliates in Internal Medicine,    311 Omni Drive,    Hillsborough, NJ 08844-4526
516571444      +Ameripath New York,    POB 740978,    Cincinnati, OH 45274-0978
516571445      +Associated Radiologists,    POB 770,    Dunellen, NJ 08812-0770
516571446      +Best Buy,   Retail Services,    POB 17298,    Baltimore, MD 21297-1298
516571447      +Blaze,   POB 2534,    Omaha, NE 68103-2534
516571495     ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Verve,     Cardholder Services,    POB 8099,    Newark, DE 19714)
516571448      +Capital One,    POB 70884,    Charlotte, NC 28272-0884
516571449      +Center for Endocrine Health,    3 Minneakoning Rd,    Flemington, NJ 08822-5726
516571450      +Central Jersey Ambulatory,    Savit Collection,    POB 250,    East Brunswick, NJ 08816-0250
516571451      +Credit First Bank,    POB 81344,    Cleveland, OH 44188-0001
516571453      +Dermatology Center of NJ,    745 Hwy 202/206,    Bridgewater, NJ 08807-1758
516571454      +Dermpath Diagnostics,    AMCA,    POB 1235,    Elmsford, NY 10523-0935
516571455      +Diabetes & Endocrine Assoc,    3 Minneakoning Rd,    Flemington, NJ 08822-5726
516571456      +Digestive Healthcare,    POB 400,    Somerville, NJ 08876-0400
516571457      +Douglas Masi DMD,    64 E Somerset St,    Raritan, NJ 08869-2113
516571458      +Ear Nose & Throat Care,    242 E Main St,    Somerville, NJ 08876-3049
516571459      +Financial Resources Credit Union,    520 US Hwy 22,    Bridgewater, NJ 08807-2489
516571460      +First National Credit Card,    POB 2496,    Omaha, NE 68103-2496
516571461      +First Premier Bank,    POB 5529,    Sioux Falls, SD 57117-5529
516571462      +First Premier Bank,    POB 5147,    Sioux Falls, SD 57117-5147
516571463      +First Savings Credit Card,    POB 2509,    Omaha, NE 68103-2509
516571464      +Foot and Ankle Care,    234 Stelton Rd,    Piscataway, NJ 08854-3244
516571465      +Fox Hills Cash,    POB 196,    Batesland, SD 57716-0196
516571467      +Genpsych,    981 US Hwy 22,    Bridgewater, NJ 08807-2946
516571468      +Hillsborough EMS,    POB 207,    Allentown, PA 18105-0207
516571469      +Hunterdon Medical Center,    2100 Westcott Drive,    Flemington, NJ 08822-4604
516571473      +Labcorp,    POB 2240,    Burlington, NC 27216-2240
516571474      +Lane Bryant,    POB 659728,    San Antonio, TX 78265-9728
516571476      +Liberty Mutual,    Credit Collectopn Services,    725 Canton St,    Norwood, MA 02062-2679
516571478      +Macys,    Bankruptcy Processing,    P.O. Box 8053,    Mason, OH 45040-8053
516571479      +Make Cents,    POB 639,    Parshall, ND 58770-0639
516571480      +My Loan,    POB 50,    Fort Thompson, SD 57339-0050
516571481      +National Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
516571487      +RWJ Physicans Enterprise,    POB 825405,    Philadelphia, PA 19182-0001
516571488      +RWJ University Hospital,    Certifed Colletion,    POB 336,    Raritan, NJ 08869-0336
516571485      +Raymour & Flanagan Furniturer,    POB 130,    Liverpool, NY 13088-0130
516571486      +Roamans,    POB 659728,    San Antonio, TX 78265-9728
516571489      +Selip & Stylianou,    POB 914,    Paramus, NJ 07653-0914
516571490       Silver Cloud Financial,    635 E Highway 20 C,    Upper Lake, CA 95485
516571491      +Somerset Emer Medical,    B&B Collection,    POB 2137,    Toms River, NJ 08754-2137
516571492      +Summit Medical,    150 Floral Ave,    New Providence, NJ 07974-1557
516571494      +Target,    Retailers Nat Bank,    POB 59317,    Minneapolis, MN 55459-0317
516571496      +Viking,    POB 230,    Bound Brook, NJ 08805-0230

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 30 2017 22:06:31     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 30 2017 22:06:30     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516571452      +E-mail/PDF: creditonebknotifications@resurgent.com May 30 2017 21:58:43     Credit One Bank,
                PO BOx 98873,    Las Vegas, NV 89193-8873
516571466      +E-mail/PDF: gecsedi@recoverycorp.com May 30 2017 21:58:49     Gap/MCCBG,    POB 530993,
                Atlanta, GA 30353-0993
516571470       E-mail/Text: cio.bncmail@irs.gov May 30 2017 22:06:21     Internal Revenue Service,    POB 744,
                Springfield, NJ 07081
516571471       E-mail/PDF: gecsedi@recoverycorp.com May 30 2017 21:58:35     JC Penney,    POB 32000,
                Orlando, FL 32890
516571472      +E-mail/Text: bnckohlsnotices@becket-lee.com May 30 2017 22:06:18     Kohl's,    POB 2983,
                Milwaukee, WI 53201-2983
516571475      +E-mail/Text: customerservice@ldfcallcenter.com May 30 2017 22:06:46     Lendgreen,    POB 221,
                Lac Du Flambeau, WI 54538-0221
516571477       E-mail/Text: camanagement@mtb.com May 30 2017 22:06:26     M&T Bank,    POB 1288,
                Buffalo, NY 14240
516571481      +E-mail/Text: Bankruptcies@nragroup.com May 30 2017 22:06:51     National Recovery Agency,
                2491 Paxton St,    Harrisburg, PA 17111-1036
516571482      +E-mail/Text: customerservice@ldfcallcenter.com May 30 2017 22:06:47     Niiwin LLC,    POB 221,
                Lac Du Flambeau, WI 54538-0221
516571483      +E-mail/PDF: cbp@onemainfinancial.com May 30 2017 21:58:36     One Main Financial,
                601 NW Second St,    Evansville, IN 47708-1013
516571484      +E-mail/Text: customerservice@ldfcallcenter.com May 30 2017 22:06:47     Radiant Cash,
                POB 1183,    Lac Du Flambeau, WI 54538-1183

```
District/off: 0312-3         User: admin              Page 2 of 2            Date Rcvd: May 30, 2017
                             Form ID: pdf905          Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516571493       +E-mail/PDF: gecsedi@recoverycorp.com May 30 2017 21:58:49      Synchrony Bank,   POB 960061,
                 Orlando, FL 32896-0061
                                                                                               TOTAL: 14
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2017 at the address(es) listed below:
```
              Daniel E. Straffi    dstraffi1@comcast.net, dstraffi@ecf.epiqsystems.com
              Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi dstraffi1@comcast.net,
               dstraffi@ecf.epiqsystems.com
              Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John F. Bracaglia, Jr.    on behalf of Debtor Elizabeth N Dupras brokaw@centraljerseylaw.com
              John F. Bracaglia, Jr.    on behalf of Joint Debtor John M Dupras brokaw@centraljerseylaw.com
              U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```