Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.:  16−34600−KCF
                        Chapter:  7
                        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Elizabeth N Dupras | John M Dupras |
| --- | --- |
| 103 Mountain Ave | 103 Mountain Ave |
| Somerville, NJ 08876 | Somerville, NJ 08876 |

Social Security No.:
  xxx−xx−4528                                     xxx−xx−6319

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Daniel E Straffi is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 9, 2018</u>                 <u>Kathryn C. Ferguson</u>
                                                Judge, United States Bankruptcy Court